# EXHIBIT 3

# Margaret Rae Sweeney, MSW, LSW

Federal Bureau of Investigation
600 Arch St. Philadelphia, PA 19106
PHONE: ███████  EMAIL: ███████

**EDUCATION & LICENSURES**
    Licensed Social Worker, Pennsylvania, 2013-Present
    Widener University, PA, MSW in Clinical Social Work, 2013
    West Chester University of Pennsylvania, PA, BSW, Social Work, 2006

**PROFESSIONAL EXPERIENCE**
*Forensic Child Interview Specialist, 9/2020-Present*
    **Department of Justice, Federal Bureau of Investigations, Philadelphia, PA**
- Conduct forensic interviews of child and adolescent victims and/or witnesses to include sexual and physical abuse, exploitation, abduction, terrorism and/or witnesses of violent crime.
- Develop, coordinate, and provide training for FBI agents, local, federal, tribal and international law enforcement.
- Consult with FBI agents, local, federal, tribal and international law enforcement, as well as federal, state and local prosecutors to include reviewing victim interviews, recommendations regarding interview approaches, victim testimony, multi-victim cases, and complicated and high-profile cases.
- Participate in the process and development of multi-disciplinary teams (MDTs) and child protection teams (CPTs) in communities where they do not exist to foster effective investigation and prosecution of child abuse and exploitation cases.
- Develop educational materials, professional articles, and other written materials that advance knowledge of the child interviewing program and current issues associated with interviewing child victims and witnesses.
- Testify as both a subject matter expert and a fact witness to the case.

*Mission Kids Child Advocacy Center (CAC), 10/2010-9/2020*
    **Program Manager, 12/2014-12/2016; 3/2018-9/2020**
    **Manager of Forensic Services, 1/2017-3/2018**
    **Forensic Interviewer, 10/2010-9/2020**
- Provide supervision of MK program staff and volunteers, including program monitoring and evaluation.
- Provide direction to programs of MK with a view towards the National organization and other child advocacy centers around the country.
- Review referrals with program staff, monitor screening process and provide best practices to case management. Assume a leadership role in expediting referral decisions and management of case logistics within MK.
- Develop, implement and monitor on an ongoing basis an organizational and programmatic system to ensure appropriate quality control of all program activities.
- Assure state-of-the art methodologies, practices and programs in all areas of MK work with sexually abused children.
- Conduct professional forensic interviews of children and adolescents who are alleged victims of sexual abuse, severe physical abuse, or have witnessed a violent crime. Testify in civil and criminal court proceedings as required.
- Implement and maintain the procedures, policies and operational manuals for MK in compliance with the accreditation standards of the National Children's Alliance (NCA) and the local protocol.
- Promote strong, effective working relationships with partner agencies and other service providers.
- Collaborate and liaison with community organizations to market, network, and build a collaborative working relationship between MK and other programs. Support the marketing activities for the services through a variety of mediums.

JF_1465

# Margaret Rae Sweeney, MSW, LSW

Federal Bureau of Investigation
600 Arch St. Philadelphia, PA 19106
PHONE: ███████  EMAIL: ███████

- Assist the Associate and Executive Director on an as needed basis.
- Planned, organized and executed County wide 2 day training conference hosted by Mission Kids CAC with national presenters to educate MDIT members.
- Provide supervision, training and quality assurance of MK Forensic Interviewers.
- Assume a leadership role in recruitment and retention of all Forensic Interviewers, which consists of development of training schedules, orientations and intensive instruction and supervision until and after probationary period is over.
- Provide direction to forensic interviewing program of MK with a view towards the NCA standards and other child advocacy centers around the country.
- Provide technical support and guidance regarding best practices in forensic interviewing to other CAC's and programs serving children.

### *Montgomery County Office of Children & Youth, 7/2006-10/2010*

**Supervisor, 5/2009-10/2010**
- Intake Supervisor, supervising 2 caseworkers in the intake division.
  - Responsible to guide caseworkers in making decisions on children's safety, permanency and well-being.
  - Drug and alcohol liaison within the Agency, responsible to work with the caseworkers in making the safest decisions for newborns who are born drug positive and children pre-school aged that become known to the Agency.

**Caseworker, 7/2006-5/2009**
- Intake caseworker, investigating allegations of child abuse and neglect.
- Investigations would include combined efforts with Juvenile Detectives from various police departments across the County.
- Conduct interviews of alleged victims named in the report, as well as any other persons relevant to the allegations.
- Engage families and victims to ensure safety, well-being and permanency.
- Provide support through resources to families in need of housing, food, clothing and essentials to live.
- Responsible to work with diverse families in their homes one-on-one through active, engaged listening to ensure safety of child abuse victims.

### **PRESENTATIONS/TRAININGS PROFESSIONAL CONFERENCES**

- Sweeney, M. & Yesensky, J. (2024, August). *Case Study: Online Live Stream Investigations.* Dallas Crimes Against Children Conference. Dallas, TX. August 11-15. 2024.
- Sweeney, M. (2023, June). *Adolescent & Compliant Victims.* National Law Enforcement Training on Child Exploitation. Atlanta, GA. June 14-15, 2023.
- Sweeney, M. Goldstein J. (2023, February). *Human Trafficking and the Forensic Interview.* Maryland MDT Training for CAC's. February 16, 2023. Virtual Presentation.
- Sweeney, M., Ringwood, B. Kelly, K. & Henry, G. (2022, August). *Case Study: Strangulation, the Silent Killer.* Dallas Crimes Against Children Conference. Dallas, TX. August 15-18, 2022.
- Sweeney, M. & Canales, N. (2022, July). *Human Trafficking and the Forensic Interview.* New Jersey Human Trafficking Task Force. Trenton, NJ. July 13, 2022.
- Sweeney, M. & Brunette, B. (2022, June). *Suggestibility; FBI Forensic Interviewing Protocol; Adolescent & Compliant Victims.* International Office for the Development of Justice Systems. Monterrey, Mexico. June 28-30, 2022.
- Sweeney, M. (2021, November). *Adolescent Development & Human Trafficking.* SEED Training for Kurdistan. November 22, 2021. Virtual Presentation.
- Sweeney, M. & Martucci, S. (2021, June). *Presenting Evidence: A Picture is Worth a Thousand Words.* Presented at National Children's Alliance Leadership Conference. Virtual presentation.

JF_1466

# Margaret Rae Sweeney, MSW, LSW

Federal Bureau of Investigation
600 Arch St. Philadelphia, PA 19106
PHONE: ███  EMAIL: ███

- Sweeney, M. & McDyre, M. (2020, January). *Mission Kids 101 and the Response to Human Trafficking.* Presented at the Human Trafficking Education Conference: Bonds Worth Breaking, Lansdale, PA.
- In Her Own Words: A Human Trafficking Survivor Tells Her Story, Panel Discussion. Cabrini University. November 6, 2019.
- Sweeney, M. (2019, October). *Child Advocacy Center Model & Forensic Interviewing.* Presented at the Pennsylvania Juvenile Officers Association 2019 Training Conference, Harrisburg, PA.
- Sweeney, M. & Vodzak, K. (2018, June). *Forensic Interviewing and Conducting Trauma-Informed Investigations.* Presented at the 6th Annual Title IX Summit: Power, Politics & Privilege, Rowan University, NJ.
- Sweeney, M. (2016, October). *Mission Kids Child Advocacy Center.* Presented at A Professional Guide to Understand the Impact of Domestic Violence on Children Training, Domestic Violence Legal Network of Montgomery County Education/Awareness Committee, Montgomery County Fire Academy, PA.
- Sweeney, M. & Ringwood, B. (2015, October). *Mission Kids Child Advocacy Center.* Presented at the Domestic Violence Symposium, Cabrini College, PA.
- Domestic Violence Symposium: A Response to Dating Violence and Sexual Assault, a Panel Discussion, Cabrini College. October 15, 2015.
- Keeping Children Safe: Child Victims of Domestic Violence, a Panel Discussion. Cabrini College. October 8, 2014.
- Crocetto, J., Sweeney, M., & Long, H. (2012, June). *Mission Kids Child Advocacy Center: Helping Kids Triumph over Trauma.* Presented at the Recovery from Trauma Conference, Montgomery County, PA.

## SKILLS/AWARDS/CERTIFICATIONS

- Social Work Active Licensure, Commonwealth of Pennsylvania, License # SW130857
- Forensic Interviewing with Children (completed National Children's Advocacy Center training courses including Basic Forensic Interviewing, Advanced Forensic Interviewing, Extended Forensic Assessment; Prepare and Predict (completed Homeland Security Investigations Forensic Interviewing training); FBI Presenting Evidence Training (completed Federal Bureau of Investigations presenting evidence training)
- Qualified as an expert witness in US Federal Court as an expert is victim dynamics and behavior, disclosure process and the dynamics of child abuse.
- Fluent in Mac and Microsoft Office applications, NCATrak, and Internet applications
- Montgomery County Anti-Trafficking Coalition (MCAT), Board Member. 2018-2020.

JF_1467